

## Fourth Court of Appeals
### San Antonio, Texas

### MEMORANDUM OPINION

No. 04-24-00121-CV

**IN RE KEY ENERGY SERVICES** and Abel **GUERRERO**, Relators

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
              Beth Watkins, Justice
              Lori I. Valenzuela, Justice

Delivered and Filed: April 17, 2024

PETITION FOR WRIT OF MANDAMUS DENIED

On February 20, 2024, relators filed a petition for writ of mandamus. After considering the petition, mandamus record, response filed by the real party of interest, and reply filed by relators, this court concludes relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2022CVF000198D3, styled *Ezekiel Tarango v. Chesapeake Operating LLC, Sam Ortiz, Key Energy Services Inc., and Able Guerrero*, pending in the 341st Judicial District Court, Webb County, Texas, the Honorable Rebecca Ramirez Palomo presiding.